**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

**CASE NO. 3:22-CR-00472(PAD)**

v.

LUIS ALBERTO BOURDON-ROMAN (1)
EDWIN CANDELARIA-RAMOS (2)

JUDGMENT OF DISMISSAL

Defendants Luis Alberto Bourdon-Roman (1) and Edwin Candelaria-Ramos (2) have been charged with the offense(s) of:

Count One - 21:952(a),960(a), 960(b)(1)(B)(ii) AND 18:2
Count Two - 46:70503(a)(1) AND 70506(b)
Count Three - 46:70503(a)(1) AND 18:2

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[x] The Court has granted the motion of the government for dismissal with prejudice,          , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice,       for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on March 6, 2024.

S/ Pedro A. Delgado-Hernandez

United States District Judge

DPR Forms. Rev. Feb. 2016